No. 95-9078. SAWYER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95-9083. WATERFIELD v. VOCELLE, JUDGE, CIRCUIT COURT OF FLORIDA, INDIAN RIVER COUNTY, ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 95-9084. WATERFIELD v. SWIGERT, CHIEF JUDGE, CIRCUIT COURT OF FLORIDA, MARION COUNTY. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 95-9085. REYES v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-9087. RICHIE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95-9088. BROWN v. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC. C. A. 5th Cir. Certiorari denied.

No. 95-9089. LAUFMAN v. MAYER ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-9091. MORVANT v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 95-9094. GARRETT v. DEPARTMENT OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 95-9095. GREENE ET AL. v. TUCKER ET AL. C. A. 6th Cir. Certiorari denied.

No. 95-9096. GALLOWAY v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95-9097. FINFROCK v. JORDAN C. A. 7th Cir. Certiorari denied.

No. 95-9098. GIBBONS v. HIGGINS ET AL. C. A. 7th Cir. Certiorari denied.

No. 95-9099. ASHFORD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.